Date: 04/05/11   *CK #109   RECP# 152164*   Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-12636 - DOUBRAVA, EDWARD T.

| Creditor | Claim No. | *Check* | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| LEONARD SUPPLY INC<br>P.O. BOX 629<br>COLUMBIA STATION, OH 44028 | 000007 | *109* | 38.35 | 1.97 |
| ---------- Remittance Total ---------- | | | 38.35 | 1.97 |

_____
ALAN J. TREINISH, TRUSTEE

*FILED 11 APR -7 PM 4:13 — U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND*